NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROME T. HAMPTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7032

---

Appeal from the United States Court of Appeals for Veterans Claims in 07-2204, Chief Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Jerome to Hampton moves without opposition to stay proceedings in this appeal pending the court's disposition of *Bond v. DVA*, 2010-7096.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Hampton's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

FEB 1 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Alex P. Hontos, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 4 2011

**JAN HORBALY**
**CLERK**